**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| GARY MOORE, individually and as administrator of the ESTATE OF VINCENT DYER,<br><br>Plaintiff,<br><br>v.<br><br>SHERRI V. WALLER, ANGELA JACKSON, MATTHEW BROOKS, and DAPHNE HILLMAN,<br><br>Defendants. | Civil Action File No.:<br><br>5:26-cv-00135-TES |

**ORDER ALLOWING PLAINTIFF TO COMMUNICATE WITH INCARCERATED WITNESSES**

For good cause shown, the Plaintiff's consent motion seeking a court order allowing counsel to conduct private legal conversations with up to 12 incarcerated witnesses is GRANTED.

Counsel for Plaintiff shall coordinate with the Georgia Department of Corrections ("GDC") to determine the medium of and to facilitate those conversations.

SO ORDERED, this 15th day of September, 2026.

s/Tilman E. Self, III
TILMAN E. (TRIPP) SELF, JUDGE
UNITED STATES DISTRICT COURT

Prepared and Presented by:

Nicolas W. Steenland
Georgia Bar No. 809861
Samantha Jill Funt
Georgia Bar No. 943783
Zack Greenamyre
Georgia Bar No. 293002
MITCHELL SHAPIRO GREENAMYRE & FUNT, LLP
881 Piedmont Avenue NE
Atlanta, Georgia 30309
Phone: 404-812-4747
nick@mitchellshapiro.com
sam@mitchellshapiro.com
zack@mitchellshapiro.com

*Counsel for Plaintiff*